**Order entered December 6, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01196-CV

### IN RE SCOTT ALAN COPELAND, Relator

**Original Proceeding from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-83934-2017**

## ORDER
Before Justices Lang-Miers, Fillmore, and Stoddart

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus.

/s/    ELIZABETH LANG-MIERS
       JUSTICE